```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                                          Case No. 18-05146-RNO
Vasa Ardelean, Jr.                                                              Chapter 13
Ana Ardelean
         Debtors
                                    CERTIFICATE OF NOTICE
District/off: 0314-5         User: CGambini               Page 1 of 2                Date Rcvd: Jan 23, 2019
                             Form ID: pdf010              Total Noticed: 43


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 25, 2019.
db/jdb         +Vasa Ardelean, Jr.,    Ana Ardelean,    219 S. Cedar St.,    Hazleton, PA 18201-7142
5138812        +AmeriFinancial Solutions, LLC,    P.O. Box 602570,    Charlotte, NC 28260-2570
5138811        +American Med Systems,    1519 Boerrler Rd., Ste. A,    Uniontown, OH 44685-8391
5138814        +Arcadia Recovery Bureau, LLC,    P.O. Box 6768,    Wyomissing, PA 19610-0768
5138815         Bayview Loan Servicing, LLC,    P.O. Box 650091,    Dallas, TX 75265-0091
5138817         Berkheimer Tax Administrator,    P.O. Box 25144,    Lehigh Valley, PA 18002-5144
5152877        +Berwick Hospital Center,    c/o PASI,    PO Box 188,    Brentwood, TN 37024-0188
5138818        +Berwick Hospital Center,    701 E. 16th St.,,    Berwick, PA 18603-2397
5138819        +Certegy Check Services, Inc,    P.O. Box 30046,    Tampa, FL 33630-3046
5138821        +Credit Protection,    P.O. Box 802068,    Dallas, TX 75380-2068
5138823        +Debt Recovery Solutions, LLC,    900 Merchants Concourse, Ste.LL-,    Westbury, NY 11590-5142
5138825        +First National Community Bank,    102 East Drinker St.,    Dunmore, PA 18512-2491
5138826         First Premier Bank,    P.O. Box 5524,    Sioux Falls, SD 57117-5524
5138827        +Foundation Radiology Group,    Three Gateway Ctr., 20th Fl,    401 Liberty Ave., Ste. 2000,
                 Pittsburgh, PA 15222-1029
5138828        +Greater Hazleton Joint Sewer Authority,    500 Oscar Thomas Drive,    P.O. Box 651,
                 Hazleton, PA 18201-0651
5138829         Hazleton City Authority,    400 E. Arthur Gardner Pkwy.,    Hazleton, PA 182010-7395
5138830        +Hladik, Onorato & Federman, LLP,    298 Wissahickon Avenue,    North Wales, PA 19454-4156
5138831        +Intermountain Medical Group,    190 Welles St., Ste. 166,    Kingston, PA 18704-4961
5138832        +Law offices of Tullio DeLuca,    381 N. 9th Avenue,    Scranton, PA 18504-2005
5138833        +Lehigh Valley Physician Group,    P.O. Box 1754,    Allentown, PA 18105-1754
5138836        +Luzerne County Tax Claim Bureau,    c/o Northeast Revenue Service,    200 N. River St.,
                 Wilkes-Barre, PA 18711-1004
5138841         PPL Electric Utilities,    827 Hausman Rd.,    Allentown, PA 18104-9392
5138839        #Penn Credit Corp.,    916 South 14th Street,    P.O. Box 988,    Harrisburg, PA 17108-0988
5138842        +Pro Rehabilitation Services,    106 Rotary Drive,    West Hazleton, PA 18202-1182
5138843        +Professional Account Svcs.,    P.O. Box 188,    Brentwood, TN 37024-0188
5138845        +Sacred Heart Healthcare System,    421 Chew St.,    Allentown, PA 18102-3430
5138846        +Safe Home Security, Inc.,    1125 Middle St.,    Middleton, CT 06457-1686
5138847        +Service Electric Cablevision,    380 Maplewood Dr.,    Hazle Twp, PA 18202-8200
5138849        +Tek Collect,    P.O. Box 1269,    Columbus, OH 43216-1269
5138850         Ustynoski & Marusak, LLC,    101 W. Broad St.,    Hazleton, PA 18201-6394

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5138816        +E-mail/Text: bkmailbayview@bayviewloanservicing.com Jan 23 2019 19:07:48
                 Bayview Loan Servicing, LLC,    4425 Ponce De Leon Blvd., 5th Floor,
                 Coral Gables, FL 33146-1837
5138820        +E-mail/Text: vmcpherson@creditmanagementcompany.com Jan 23 2019 19:07:48
                 Credit Management Co.,    2121 Noblestown Rd.,    Pittsburgh, PA 15205-3956
5138822        +E-mail/PDF: creditonebknotifications@resurgent.com Jan 23 2019 19:11:50      CreditOne,
                 P.O. Box 98873,    Las Vegas, NV 89193-8873
5138824        +E-mail/Text: bankruptcy@fncbinc.com Jan 23 2019 19:07:37
                 First National Collection Bureau, Inc.,    610 Waltham Way,    Sparks, NV 89437-6695
5138835        +E-mail/Text: support@ljross.com Jan 23 2019 19:07:41      LJ Ross Associates, Inc.,
                 4 Universal Way,    Jackson, MI 49202-1455
5138837        +E-mail/PDF: resurgentbknotifications@resurgent.com Jan 23 2019 19:11:51      LVNV Funding LLC,
                 P.O. Box 10497,    Greenville, SC 29603-0497
5145877         E-mail/PDF: resurgentbknotifications@resurgent.com Jan 23 2019 19:11:51      LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
5138838        +E-mail/Text: bankruptcydpt@mcmcg.com Jan 23 2019 19:07:44      Midland Credit Management,
                 2365 Northside Drive, Ste. 300,    San Diego, CA 92108-2709
5138975        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 23 2019 19:12:07
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5138844        +E-mail/PDF: resurgentbknotifications@resurgent.com Jan 23 2019 19:11:51
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
5138848         E-mail/PDF: gecsedi@recoverycorp.com Jan 23 2019 19:12:06      Synchrony Bank/Sam's Club,
                 Attn: Bankruptcy Dept.,    P.O. Box 965060,    Orlando, FL 32896-5060
5138852         E-mail/Text: ebn@vativrecovery.com Jan 23 2019 19:07:40      Vativ Recovery Solutions, LLC,
                 As Agent For Palisades Acquisition IX LL,    P.O. Box 40728,    Sugar Land, TX 77240-0728
5138853        +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jan 23 2019 19:07:37
                 Verizon Bankruptcy Dept.,    500 Technology Drive,    Suite 550,    Weldon Spring, MO 63304-2225
                                                                                              TOTAL: 13

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5138813*       +Ana Ardelean,    219 S. Cedar St.,    Hazleton, PA 18201-7142
5138834*        Lehigh Valley Physician Group,    P.O. Box 1754,    Allentown, PA 18105-1754
5138851*       +Vasa Ardelean, Jr.,    219 S. Cedar St.,    Hazleton, PA 18201-7142
```

```
District/off: 0314-5           User: CGambini              Page 2 of 2                  Date Rcvd: Jan 23, 2019
                               Form ID: pdf010             Total Noticed: 43

5138840      ##+Porania, LLC,    P.O. Box 11405,    Memphis, TN 38111-0405
                                                                                        TOTALS: 0, * 4, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 25, 2019                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 23, 2019 at the address(es) listed below:
           Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
           James Warmbrodt    on behalf of Creditor   Bayview Loan Servicing, LLC, a Delaware Limited
            Liability Company bkgroup@kmllawgroup.com
           Tullio  DeLuca    on behalf of Debtor 1 Vasa  Ardelean, Jr. tullio.deluca@verizon.net
           Tullio  DeLuca    on behalf of Debtor 2 Ana  Ardelean tullio.deluca@verizon.net
           United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
*****************************************************************************

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 5-18-05146 |
| VASA ARDELEAN and | : | |
| ANA ARDELEAN | : | |
| Debtor. | : | CHAPTER 13 |

*****************************************************************************

| | | |
|---|---|---|
| VASA ARDELEAN and | : | |
| ANA ARDELEAN | : | |
| Movants, | : | |
| vs. | | |
| BAYVIEW LOAN SERVICING, | : | |
| BERKHEIMER TAX ADMINISTRATOR, | : | |
| GREATER HAZLETON JOINT SEWER | : | |
| AUTHORITY, HAZLETON CITY | : | |
| AUTHORITY, LUZERNE COUNTY TAX | : | |
| CLAIM BUREAU and | : | |
| CHARLES J DEHART, III, ESQ. | : | |
| Respondents. | : | |

*****************************************************************************
ORDER
*****************************************************************************

Upon consideration of Debtors' Motion to Extend the Automatic Stay, and after hearing held on January 23, 2019, it is

**ORDERED**, that the Debtors' Motion to Extend the Automatic Stay is hereby

**GRANTED**; and it is further

**ORDERED**, that the automatic stay imposed under 11 U.S.C. Section 362(a) shall extend beyond the thirty days after the filing of said Petition against all creditors with respect to property of the estate, and the Debtor(s) and Debtor(s) property; and it is further

**ORDERED**, that the Debtor(s) request for an Order confirming that the automatic stay continues against property of the estate is granted.

Dated:  January 23, 2019                By the Court,

*[signature]*

Robert N. Opel, II, Chief Bankruptcy Judge (BI)